

FILED & ENTERED

JUL 22 2025

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY vandenst DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| | |
|---|---|
| In re:  Interworks Unlimited Inc., | Case No.: 2:19-bk-17990-VZ |
| Debtor(s), | Chapter: 7 |
| Edward M. Wolkowitz | Adversary No.: 2:21-ap-01144-VZ |
| Plaintiff(s), | **ORDER CONTINUING PRETRIAL CONFERENCE** |
| Vs. | |
| Michael  Kidakarn | Date: January 22, 2026 |
| Defendant(s). | Time: 11:00 AM |
| | Ctrm: 1368, Roybal Federal Building |
| | 255 E. Temple St., Los Angeles, CA 90012 |

A pretrial conference is set for December 18, 2025 at 11:00 a.m.  To accommodate the court's

schedule, **IT IS ORDERED** that the pretrial conference is continued to January 22, 2026, at 11:00 a.m.

###

Date: July 22, 2025

Vincent P. Zurzolo
United States Bankruptcy Judge

- 1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28