Joseph Rothberg (SBN 286363)
LEVENE, NEALE, BENDER, YOO &
GOLUBCHIK L.L.P.
2818 La Cienega Avenue
Los Angeles, California 90034
Telephone: (310) 229-1234
Email: jmr@lnbyg.com

Attorneys for Plaintiff, Chapter 7 Trustee

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION**

| | |
|---|---|
| In re<br><br>INTERWORKS UNLIMITED INC.,<br><br>　　　　　Debtor.<br>_____<br>EDWARD M. WOLKOWITZ, Chapter 7 Trustee for the Estate of Interworks Unlimited Inc.,<br><br>　　　　　Plaintiff,<br>vs.<br><br>MICHAEL KIDAKARN, KASARA KIDAKARN, and ERIC H. LU,<br><br>　　　　　Defendant`s. | Case No. 2:19-bk-17990-VZ<br><br>Adv. No. 2:21-ap-01144-VZ<br><br>Chapter 7<br><br>**STIPULATION TO DISMISS ADVERSARY PROCEEDING** |

TO THE HONORABLE VINCENT P. ZURZOLO, UNITED STATES BANKRUPTCY JUDGE:

Plaintiff Edward M. Wolkowitz, the duly-appointed and acting Chapter 7 Trustee ("Plaintiff") for the bankruptcy estate of Interworks Unlimited, Inc. ("Debtor"), and Defendant Eric Lu (the "Defendant,"), hereby agree and stipulate as follows:

**RECITALS**

A. WHEREAS, on July 9, 2019, the Debtor filed a petition for relief under Chapter 7 of Title 11 of the United States Code.

B. WHEREAS, on July 9, 2021, Plaintiff filed a complaint against the Michael and Kasara Kidakarn (the "Kidakarn Defendants") for breach of contract, unjust enrichment, avoidance and recovery of voidable transactions, unlawful dividend, breach of fiduciary duty, corporate waste, and recovery of preference ("Complaint"), commencing the above-captioned adversary proceeding ("Adversary Proceeding").

C. WHEREAS, on October 8, 2021, as Dk. No. 16 in the Adversary Proceeding, Plaintiff filed an amended complaint ("Amended Complaint") adding the Defendant as a defendant for three of the existing causes of action and adding seven additional causes of action solely against the Defendant.

D. WHEREAS, on February 3, 2022, as Adversary Docket No. 59, Plaintiff filed his Second Amended Complaint ("Second Amended Complaint").

E. WHEREAS, on May 5, 2022, as Adversary Docket No. 78, the Defendant filed its Answer to the Second Amended Complaint ("Answer").

F. WHEREAS, on June 10, 2022, as Adversary Docket No. 88, the Defendant filed its Amended Answer to the Second Amended Complaint ("Answer").

G. WHEREAS, on August 3, 2023, as Dk. No. 122, the Plaintiff and the Kidakarn Defendants entered into a stipulation (the "Kidakarn Stipulation") to dismiss the Kidakarn Defendants. On August 17, 2023, as Dk. No. 126, the Court entered an order approving the

1  Kidakarn Stipulation and directing the Clerk to mark this action as dismissed as against the
2  Kidakarn Defendants and remaining pending as to the Defendant.
3        H.      WHEREAS, thereafter, only Plaintiff and Defendant Eric Lu remained as parties
4  to the instant Adversary Proceeding.
5        I.      WHEREAS, the parties negotiated a preliminary settlement between themselves,
6  which settlement was approved by this Court on July 3, 2024 in this Court's Order Granting
7  Trustee's Second Omnibus Motion for Order Approving Compromises of Controversies (ECF
8  Docket No. 170).
9        J.      WHEREAS, on July 12, 2024, the Trustee filed a Notice of Settlement (Adv.
10  Docket No. 138).
11        K.      WHEREAS, the parties subsequently modified the settlement agreement between
12  themselves, which settlement was approved by this Court on February 26, 2026 in this Court's
13  Order Granting Trustee's Third Omnibus Motion for Order Approving Compromises of
14  Controversies (ECF Docket No. 219).
15        L.      WHEREAS the settlement between the Trustee and Defendant is now complete
16  and all parties have fully performed.
17        M.      WHEREAS, in light of the above, the Stipulating Parties desire to dismiss the
18  above captioned Adversary Proceeding, with prejudice.
19  / / /
20  / / /
21  / / /
22  / / /
23  / / /
24  / / /
25  / / /
26  / / /
27  / / /
28

## STIPULATION

**NOW THEREFORE**, the Parties stipulate and agree as follows:

1. That the Court dismiss Defendant and the entire Adversary Proceeding, with prejudice.

**IT IS SO STIPULATED.**

RINGSTAD & SANDERS LLP

Dated: March 2, 2026          By: *(signature)*

Todd Ringstad
Attorneys for Defendant, Eric Lu


LEVENE, NEALE, BENDER, YOO
    & GOLUBCHIK L.L.P.

Dated: March  2 , 2026          By: *(signature)*

Joseph Rothberg
Attorneys for Plaintiff, Edward M. Wolkowitz,
Chapter 7 Trustee for the bankruptcy estate of
Interworks Unlimited, Inc.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
2818 La Cienega Avenue, Los Angeles, CA 90034

A true and correct copy of the foregoing document entitled (*specify*): **Stipulation To Dismiss Adversary Proceeding** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **March 2, 2026**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Todd M Arnold     tma@lnbyg.com
- Kurt Ramlo     RamloLegal@gmail.com, kr@ecf.courtdrive.com,ramlo@recap.email
- Todd C. Ringstad     becky@ringstadlaw.com, arlene@ringstadlaw.com
- Joseph M Rothberg     jmr@lnbyg.com, jmr.LNBYG@ecf.inforuptcy.com
- Ashley M Teesdale     ateesdale@bg.law, ecf@bg.law
- United States Trustee (LA)     ustpregion16.la.ecf@usdoj.gov
- Edward M Wolkowitz     emw@lnbyg.com

**2.  SERVED BY UNITED STATES MAIL**: On (*date*) **March 2, 2026**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **March 2, 2026**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

None.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| March 2, 2026 | Rebecka Merritt | /s/ Rebecka Merritt |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**