Joseph Rothberg (SBN 286363)
LEVENE, NEALE, BENDER, YOO &
GOLUBCHIK L.L.P.
2818 La Cienega Avenue
Los Angeles, California 90034
Telephone: (310) 229-1234
Email: jmr@lnbyg.com

Attorneys for Plaintiff, Chapter 7 Trustee

FILED & ENTERED

MAR 03 2026

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY johnson  DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>INTERWORKS UNLIMITED INC.,<br><br>Debtor.<br><br>———————————————<br><br>EDWARD M. WOLKOWITZ, Chapter 7 Trustee for the Estate of Interworks Unlimited Inc.,<br><br>Plaintiff,<br>vs.<br><br>MICHAEL KIDAKARN, KASARA KIDAKARN, and ERIC H. LU,<br><br>Defendants. | Case No. 2:19-bk-17990-VZ<br><br>Adv. No. 2:21-ap-01144-VZ<br><br>Chapter 7<br><br>**ORDER APPROVING STIPULATION TO DISMISS ADVERSARY PROCEEDING**<br><br>Pre-Trial Conference:<br>Date:     September 10, 2026<br>Time:     11:00 a.m.<br>Place:    255 East Temple Street<br>          Los Angeles, CA 90012<br>          Courtroom 1368 |

The Court having read and considered the *Stipulation to Dismiss The Adversary Proceeding* ("Stipulation") entered into between and among, Plaintiff Edward M. Wolkowitz, the duly-appointed and acting Chapter 7 Trustee ("Plaintiff") for the bankruptcy estate of Interworks Unlimited, Inc. ("Debtor"), and Defendant Eric H. Lu ("Defendant"), and for good cause appearing therefor,

1

IT IS HEREBY ORDERED THAT:

    1. The Stipulation is approved.

    2. The above captioned Adversary Proceeding is hereby dismissed, with prejudice.

**IT IS SO ORDERED.**

###

Date: March 3, 2026

                                               Vincent P. Zurzolo
                                               United States Bankruptcy Judge